**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Williamsburg Boutique LLC** | |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

**47-2520492**

4. **Debtor's address**

**Principal place of business**

**165 Haines Road**
**Bedford Hills, NY 10507**
Number, Street, City, State & ZIP Code

**Westchester**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**80 Ainslie Street Brooklyn, NY 11211**
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Williamsburg Boutique LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Williamsburg Boutique LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Williamsburg Boutique LLC**                                    Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Williamsburg Boutique LLC** | | Case number (*if known*) | |
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 7, 2023**
                MM / DD / YYYY

**X** **/s/ Juda Klein**                                      **Juda Klein**
Signature of authorized representative of debtor             Printed name

Title     **Manager**

---

**18. Signature of attorney**

**X** **/s/ Jonathan S. Pasternak**                     Date **August 7, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Jonathan S. Pasternak 508404 NY**
Printed name

**Davidoff Hutcher & Citron LLP**
Firm name

**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
Number, Street, City, State & ZIP Code

Contact phone **212 557 7200**         Email address

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Williamsburg Boutique LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**August  7, 2023**__     X **/s/ Juda Klein** _____
                                           Signature of individual signing on behalf of debtor

                                           **Juda Klein** _____
                                           Printed name

                                           **Manager** _____
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Williamsburg Boutique LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AGM Deco Inc. 714-25 Myrtle Ave Brooklyn, NY 11205 | | Mechanics' Lien | Disputed | | | $120,000.00 |
| Best Mechanical Serices, Inc. 5308 13th Ave Brooklyn, NY 11219 | | Mechanics' Lien | Disputed | | | $176,320.00 |
| Buro Ehring Engineering 233 Broadway, Ste. 1770 New York, NY 10279 | | | Disputed | | | $23,250.00 |
| CMS  Mechanical Inc. 381 South 5th St. Suite 102 Brooklyn, NY 11211 | | Mechanics' Lien | Disputed | | | $177,580.00 |
| Congregation Bnai Jacob 7926 Algon Avenue Philadelphia, PA 19111 | | Loan | Unliquidated | | | $2,000,000.00 |
| Contact Electric 1266 36th Street Brooklyn, NY 11218 | | | Disputed | | | $49,953.50 |
| Core Scaffolding Systems Inc. 417 Myrtel Avenue, Ste. 14 Brooklyn, NY 11205 | | Mechanics' lien | Disputed | | | $149,558.25 |
| Cosan Construction 734 S. Columbus Avenue Mount Vernon, NY 10550 | | | Disputed | | | $46,000.00 |

| Debtor | **Williamsburg Boutique LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DXA Studio Architecture PLLC 894 6th Avenue, 5th Fl. New York, NY 10001** | | | **Disputed** | | | **$24,240.00** |
| **Endeavor Construction 236 Broadway Brooklyn, NY 11211** | | | **Disputed** | | | **$315,154.22** |
| **Fleet Design 50 Taaffe Place Brooklyn, NY 11205** | | | **Disputed** | | | **$33,058.66** |
| **Knightwall Systems 2401 East 6th Street Deer Park, WA 99006** | | **Mechanics' Lien** | **Disputed** | | | **$27,885.80** |
| **KNS Building Restoration 69-81 75th Street Middle Village, NY 11379** | | **Mechanics' Lien** | **Disputed** | | | **$169,400.00** |
| **Nordic Structures Windsor Station 1100 Av Des Canadiens-de-Montreal Montreal QC H3B 2S2 Canada** | | | **Disputed** | | | **$157,048.85** |
| **Oxford Framers Corp. 183 Wilson Street, Ste. 235 Brooklyn, NY 11211** | | **Mechanics' lien** | **Disputed** | | | **$118,432.80** |
| **Parkview Management Inc. 236 Broadway, Suite 200 Brooklyn, NY 11211** | | | **Disputed** | | | **$119,010.43** |
| **Quality Facility Solutions 75 Taafe Place Brooklyn, NY 11205** | | **Mechanics' Lien** | **Disputed** | | | **$66,631.48** |
| **Sight Watch 130 Lee Avenue, Ste. 400 Brooklyn, NY 11211** | | | **Disputed** | | | **$27,753.60** |
| **TAKTL 175 Varick Street New York, NY 10014** | | **Mechanics' lien** | **Disputed** | | | **$78,108.38** |

Debtor    **Williamsburg Boutique LLC** _____    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U-Tek Elevator Inc.**<br>**29 Imlay Street**<br>**Brooklyn, NY 11231** | | **Mechanics' Lien** | **Disputed** | | | **$76,600.00** |

**Fill in this information to identify the case:**

Debtor name      **Williamsburg Boutique LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $    **15,700,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................   $    **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................   $    **15,700,000.00**

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **14,072,047.06**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$    **4,155,676.41**

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b                                                                                           $    **18,227,723.47**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Williamsburg Boutique LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

1. **Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    Current value of
debtor's interest

| Part 2: | Deposits and Prepayments |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Debtor   **Williamsburg Boutique LLC**                                    Case number *(If known)* _____
_____
Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.        Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **80 Ainslie Street Brooklyn, NY 11211 Block No.: 2375 Lot No.: 12** | Fee Owner | $0.00 | FMV | $15,700,000.00 |

56.     **Total of Part 9.**                                                     | $15,700,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ■ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **Williamsburg Boutique LLC**
Name                                                                Case number *(If known)* _____

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Williamsburg Boutique LLC**                                    Case number *(if known)* _____
          Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................> | | $15,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $15,700,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $15,700,000.00 |

**Fill in this information to identify the case:**

Debtor name    **Williamsburg Boutique LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

| 2.1 | **Bankwell Financial Group, LLC** | Describe debtor's property that is subject to a lien | $14,000,000.00 | $15,700,000.00 |

Creditor's Name

**208 Elm Street**
**New Canaan, CT 06840**

Creditor's mailing address

**Describe the lien**
**First Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

| 2.2 | **NYC Department of Finance** | Describe debtor's property that is subject to a lien | $72,047.06 | $15,700,000.00 |

Creditor's Name

**Property Tax Payments**
**PO Box 32**
**New York, NY 10008**

Creditor's mailing address

**Describe the lien**
**RE Tax Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Debtor   **Williamsburg Boutique LLC**                                    Case number (if known) _____
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$14,072,047.06** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Shipman & Goodwin LLP** <br> **300 Atlantic Street, 3d Floor** <br> **Attn: Tracey F. Williams, Esq.** <br> **Stamford, CT 06901-3522** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name **Williamsburg Boutique LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00 |
|---|---|---|---|
| | AGM Deco. Inc.<br>714-25 Myrtle Ave<br>Brooklyn, NY 11205 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Mechanics' Lien** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176,320.00 |
|---|---|---|---|
| | Best Mechanical Serices, Inc.<br>5308 13th Ave<br>Brooklyn, NY 11219 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Mechanics' Lien** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,450.00 |
|---|---|---|---|
| | Bolted Iron<br>28 Hawthorne Drive<br>Monroe, NY 10950 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,868.80 |
|---|---|---|---|
| | BSD Consulting Inc.<br>164 Horton Drive<br>Monsey, NY 10952 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Williamsburg Boutique LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,167.50**

**Buildex Group**
**670 Myrtle Avenue, Ste. 388**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,250.00**

**Buro Ehring Engineering**
**233 Broadway, Ste. 1770**
**New York, NY 10279**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,475.65**

**Chutes and Compactors of NY Inc.**
**774 Manor Rd.**
**Suite 207**
**Staten Island, NY 10314**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Mechanics' Lien_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,211.63**

**Chutes Enterprises**
**1011 Westwood Avenue**
**Staten Island, NY 10314**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$177,580.00**

**CMS  Mechanical Inc.**
**381 South 5th St.**
**Suite 102**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Mechanics' Lien_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000,000.00**

**Congregation Bnai Jacob**
**7926 Algon Avenue**
**Philadelphia, PA 19111**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Loan_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,953.50**

**Contact Electric**
**1266 36th Street**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Williamsburg Boutique LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$149,558.25** |
|---|---|---|---|

**Core Scaffolding Systems Inc.**
**417 Myrtel Avenue, Ste. 14**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Mechanics' lien_

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46,000.00** |
|---|---|---|---|

**Cosan Construction**
**734 S. Columbus Avenue**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,240.00** |
|---|---|---|---|

**DXA Studio Architecture PLLC**
**894 6th Avenue, 5th Fl.**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$300.00** |
|---|---|---|---|

**ECB Fighter Corp.**
**190 Marcy Avenue, #3A**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$315,154.22** |
|---|---|---|---|

**Endeavor Construction**
**236 Broadway**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,402.15** |
|---|---|---|---|

**Expediting 4 You Inc.**
**183 Wilson Street, #199**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,365.00** |
|---|---|---|---|

**EZ Filing NY**
**185 Clymer Street, #216**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Williamsburg Boutique LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,058.66**

**Fleet Design**
**50 Taaffe Place**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,906.38**

**Halloran Sage**
**One Goodwin Square**
**225 Asylum Street**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,730.81**

**HM Wallace**
**4715 Frederick Dr. SW**
**Atlanta, GA 30336**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Mechanics' lien**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.11**

**Howard Blum P.C.**
**767 3rd Avenue, 24th Fl.**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,885.80**

**Knightwall Systems**
**2401 East 6th Street**
**Deer Park, WA 99006**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Mechanics' Lien**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169,400.00**

**KNS Building Restoration**
**69-81 75th Street**
**Middle Village, NY 11379**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Mechanics' Lien**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**KOW Building Consultants**
**1034 West Jericho Turnpike**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Williamsburg Boutique LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,406.41** |
|---|---|---|---|

**Ledpax Technology**
**11083 Route 9**
**Champlain, NY 12919**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,233.00** |
|---|---|---|---|

**Litchfield Cavo, LLP**
**303 West Madison, Ste. 300**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157,048.85** |
|---|---|---|---|

**Nordic Structures**
**Windsor Station**
**1100 Av Des Canadiens-de-Montreal**
**Montreal QC H3B 2S2**
**Canada**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,363.07** |
|---|---|---|---|

**NYC Water Board**
**Dept. of Environmental Protection**
**59-17 Junction Blvd., 8th Fl.**
**Flushing, NY 11373**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$118,432.80** |
|---|---|---|---|

**Oxford Framers Corp.**
**183 Wilson Street, Ste. 235**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Mechanics' lien**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,010.43** |
|---|---|---|---|

**Parkview Management Inc.**
**236 Broadway, Suite 200**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,164.23** |
|---|---|---|---|

**Permac Restoration**
**97 Maple Place**
**Yonkers, NY 10704**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Williamsburg Boutique LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$66,631.48**

**Quality Facility Solutions**
**75 Taafe Place**
**Brooklyn, NY 11205**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Mechanics' Lien__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,525.00**

**Rapid Cleaning**
**1152 49th Street**
**Brooklyn, NY 11219**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,675.92**

**Rent A Unit NY Inc.**
**543 Bedford Avenue**
**Brooklyn, NY 11211**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Mechanics' lien__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,270.00**

**Shark Demolition**
**393 Broadway, 2nd Fl.**
**Brooklyn, NY 11211**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,753.60**

**Sight Watch**
**130 Lee Avenue, Ste. 400**
**Brooklyn, NY 11211**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,067.77**

**Spectrum**
**Attn: Legal Dept.**
**400 Atlantic Street**
**Stamford, CT 06901**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$78,108.38**

**TAKTL**
**175 Varick Street**
**New York, NY 10014**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Mechanics' lien__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Williamsburg Boutique LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,490.00** |
|---|---|---|---|

**The Neville Law Firm LLC**
**67 Somerset Street**
**West Hartford, CT 06110**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,984.17** |
|---|---|---|---|

**Titan Engineers PC**
**1331 Stuyvesant Avenue**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Mechanics' Lien**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76,600.00** |
|---|---|---|---|

**U-Tek Elevator Inc.**
**29 Imlay Street**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Mechanics' Lien**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,509.78** |
|---|---|---|---|

**Y&S Plumbing & Heating Supply NY LLC**
**244 Rogers Ave**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Mechanics' Lien**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,123.06** |
|---|---|---|---|

**Zappers Pest Control Corp.**
**183 Wilson Street, #138**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bernard A. Shafran, Esq.**<br>**49 West 37th Street**<br>**New York, NY 10018** | Line __3.10__<br><br>☐ Not listed. Explain _____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **4,155,676.41** |

Debtor    **Williamsburg Boutique LLC**

Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ **4,155,676.41**

**Fill in this information to identify the case:**

Debtor name    **Williamsburg Boutique LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Land Easement Agreement** | |
| State the term remaining | |
| List the contract number of any government contract   _____ | **Keap Street Holdings LLC**<br>**236 Broadway. Suite 200**<br>**Brooklyn, NY 11211** |

**Fill in this information to identify the case:**

Debtor name    **Williamsburg Boutique LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Juda Klein** | | **Bankwell Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **Mendel Klein** | | **Bankwell Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3  **Simon Tyrnauer** | | **Bankwell Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Williamsburg Boutique LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ■ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments and transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | **Insider's name and address**<br>**Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **Williamsburg Boutique LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Quality Facility Solutions Corp. v. Parkview Management, Williamsburg Boutique LLC**<br>**522420/2020** | **Real Property - Other (Mechanic Lien Foreclosure)** | **Kings County Supreme Court**<br>**360 Adams St #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **SG Union LLC v. Williamsburg Boutique LLC**<br>**504311/20** | **Commercial - Contract** | **Kings County Supreme Court**<br>**360 Adams St. #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Knight Wall Systems, Inc. v. Parkview Management, Inc., Williamsburg Boutique, Llc, Bankwell Bank, Quality Facility Solutions Corp., Best Mechanical Services, Inc., Y&S Plumbing & Heating Supply Ny, Llc, Park Plumbing & Heating Supply Co., Agm Deco, Inc., Buro Happold Consulting Engineers, Titan Engineers, P.C., Cms Mechanical, Inc., Demo Shark, Inc., Kns Building Restoration, Inc., Oxford Framers Corp., Chutes And Compactors Of Ny, Inc., John Doe No. 1 Through John Doe No. 10**<br>**523760/2020** | **Real Property - Other (Foreclose Mechanic's Lien)** | **Kings County Supreme Court**<br>**360 Adams St. #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Williamsburg Boutique LLC**                                              Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. **Williamsburg Boutique Llc v. Agm Deco Inc.**<br>**522040/2020** | **Special Proceedings - Mechanic's Lien** | **Kings Country Supreme Court**<br>**360 Adams St. #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Best Mechanical Services Inc., A. G. M. Deco Inc v. Williamsburg Boutique Llc, Parkview Management Inc., Taktl Llc, John And Jane Doe the names being fictitious as their true names are intended to be the owners, officers, and/or directors of defendants WILLIAMSBURG BOUTIQUE LLC and/or PARKVIEW MANAGEMENT INC., whose names are currently unknown to Plaintiff**<br>**501485/2020** | **Other Real Property - Foreclosure on Mechanic's Lien** | **Kings County Supreme Court**<br>**360 Adams St. #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Tiffany E. Hampton v. Williamsburg Boutique Llc, Parkview Builders LLC**<br>**503601/2023** | **Torts - Other (premises)** | **Kings County Supreme Court**<br>**360 Adams St. #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Humberto Cordero v. Edgar Alonso Penafiel, Parkview Builders Llc, Sg Union Llc, Smw Laurel Llc, Akt Union Llc, Williamsburg Boutique Llc, Endeavor Construction Group Corp.**<br>**512398/2019** | **Torts - Motor Vehicle** | **Kings Country Supreme Court**<br>**360 Adams St. #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Cms Mechanical Inc. v. Williamsburg Boutique Llc, Parkview Management Inc., Best Mechanical Services Inc., Taktl, Llc, Bankwell Loan Services Group, Inc., John Does No. 1-10**<br>**521278/2020** | **Commercial Division** | **Kings County Supreme Court**<br>**360 Adams St. #4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Williamsburg Boutique LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.10. **Y&S Plumbing & Heating Supply Ny Llc v. Williamsburg Boutique Llc, Bankwell Loan Servicing Group, Inc., Quality Facility Solutions Corp., Best Mechanical Services Inc., Park Plumbing & Heating Supply Co. Corp., A. G. M. Deco Inc., Buro Happold Consulting Engineers, P.C., Knight Wall Systems Inc., Titan Engineers, P.C., Cms Mechanical Inc., Demo Shark Inc, Kns Building Restoration Inc., Oxford Framers Corp., Chutes And Compactors Of N.Y. Inc., New York Department Of Taxation And Finance, New Yor 521692/2020** | **Real Property - Other (Foreclosure Mechanic Lien)** | **Kings County Supreme Court 360 Adams St. #4 Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. **Core Scaffold Systems Inc. v. Parkview Management Inc., Parkview Builders Llc, Williamsburg Boutique Llc, John And Jane Does 1-10 And Others Similarly Situated 526413/2021** | **Commercial - Contract** | **Kings County Supreme Court 360 Adams St. #4 Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **Williamsburg Boutique Llc v. Y & S Plumbing & Heating Supply Ny LLC 514361/2020** | **Special Proceedings - Mechanic's Lien** | **Kings County Supreme Court 360 Adams St. #4 Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13. **Williamsburg Boutique Llc v. Chutes And Compactors Of N.Y. Inc. d/b/a CHUTES ENTERPRISES 507210/2021** | **Special Proceedings - Mechanic's Lien** | **Kings County Supreme Court 360 Adams St. #4 Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14. **Williamsburg Boutique Llc v. Buro Happold Consulting Engineers, P.C. 500192/2021** | **Special Proceedings - Mechanic's Lien** | **Kings County Supreme Court 360 Adams St. #4 Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15. **Williamsburg Boutique LLC v. Park Plumbing & Heating Supply Co. Corp. 514367/2020** | **Special Proceedings - Mechanic's Lien** | **Kings County Supreme Court 360 Adams St. #4 Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.16. **Bankwell Bank v. Juda Klein, Et Al. FST-CV21-6050150-S** | | **Superior Court, Stamford, CT** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Williamsburg Boutique LLC** | Case number *(if known)* | |

■ None

---

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Davidoff Hutcher & Citron LLP**<br>**120 Bloomingdale Road**<br>**White Plains, NY 10605** | | **8/4/23** | **$35,000.00** |
| | **Email or website address**<br>**jsp@dhclegal.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

---

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | **Williamsburg Boutique LLC** | Case number *(if known)* | |
|---|---|---|---|

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor      **Williamsburg Boutique LLC** _____    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Williamsburg Boutique LLC** | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Juda Klein** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Juda Klein** | | **Manager, Member** | **45%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mendel Klein** | | **Member** | **10%** |

Debtor   **Williamsburg Boutique LLC**                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Simon Tyrnauer | | Member | 45% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  7, 2023**

**/s/ Juda Klein**                                      **Juda Klein**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   **Williamsburg Boutique LLC** _____   Case No. _____
_____   Chapter   **11** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **35,000.00** |
   | Prior to the filing of this statement I have received | $ | **35,000.00** |
   | Balance Due | $ | **0.00** |

2.  $ **1737.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   **August  7, 2023** _____        /s/ Jonathan S. Pasternak _____
   _Date_                                            **Jonathan S. Pasternak 508404 NY**
                                                     _Signature of Attorney_
                                                     **Davidoff Hutcher & Citron LLP**
                                                     **605 Third Avenue**
                                                     **34th Floor**
                                                     **New York, NY 10158**
                                                     **212 557 7200  Fax: 212 286 1884**
                                                     _Name of law firm_

# United States Bankruptcy Court
## Southern District of New York

In re    **Williamsburg Boutique LLC**
_____    Case No. _____
                              Debtor(s)       Chapter    **11**  _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Juda Klein** | **Manager, Member** | **45%** | |
| **Mendel Klein** | **Member** | **10%** | |
| **Simon Tyrnauer** | **Member** | **45%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August  7, 2023**
_____    Signature    **/s/ Juda Klein**
                                                 **Juda Klein**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Southern District of New York

In re    **Williamsburg Boutique LLC** _____    Case No. _____
                                          Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August  7, 2023** _____        **/s/ Juda Klein** _____
                                                      **Juda Klein/Manager**
                                                      Signer/Title

714-25 Myrtle Ave               381 South ...                    50 Taaffe Place
Brooklyn, NY 11205              Suite 102                        Brooklyn, NY 11205
                               Brooklyn, NY 11211


Bankwell Financial Group, LLC   Congregation Bnai Jacob          Halloran Sage
208 Elm Street                 7926 Algon Avenue                One Goodwin Square
New Canaan, CT 06840           Philadelphia, PA 19111           225 Asylum Street
                                                                Hartford, CT 06103


Bernard A. Shafran, Esq.        Contact Electric                 HM Wallace
49 West 37th Street            1266 36th Street                 4715 Frederick Dr. SW
New York, NY 10018             Brooklyn, NY 11218               Atlanta, GA 30336


Best Mechanical Serices, Inc.   Core Scaffolding Systems Inc.   Howard Blum P.C.
5308 13th Ave                  417 Myrtel Avenue, Ste. 14       767 3rd Avenue, 24th Fl.
Brooklyn, NY 11219             Brooklyn, NY 11205               New York, NY 10017


Bolted Iron                     Cosan Construction               Juda Klein
28 Hawthorne Drive             734 S. Columbus Avenue
Monroe, NY 10950               Mount Vernon, NY 10550


BSD Consulting Inc.             DXA Studio Architecture PLLC    Keap Street Holdings LLC
164 Horton Drive               894 6th Avenue, 5th Fl.          236 Broadway. Suite 200
Monsey, NY 10952               New York, NY 10001               Brooklyn, NY 11211


Buildex Group                   ECB Fighter Corp.                Knightwall Systems
670 Myrtle Avenue, Ste. 388    190 Marcy Avenue, #3A            2401 East 6th Street
Brooklyn, NY 11205             Brooklyn, NY 11211               Deer Park, WA 99006


Buro Ehring Engineering         Endeavor Construction            KNS Building Restoration
233 Broadway, Ste. 1770        236 Broadway                     69-81 75th Street
New York, NY 10279             Brooklyn, NY 11211               Middle Village, NY 11379


Chutes and Compactors of NY Inc.  Expediting 4 You Inc.         KOW Building Consultants
774 Manor Rd.                  183 Wilson Street, #199          1034 West Jericho Turnpik
Suite 207                      Brooklyn, NY 11211               Smithtown, NY 11787
Staten Island, NY 10314


Chutes Enterprises              EZ Filing NY                     Ledpax Technology
1011 Westwood Avenue           185 Clymer Street, #216          11083 Route 9
Staten Island, NY 10314        Brooklyn, NY 11211               Champlain, NY 12919

303 West Madison, Ste. 300          543 Bedford Avenue          244 Rogers Ave
Chicago, IL 60606                   Brooklyn, NY 11211          Brooklyn, NY 11225


Mendel Klein                        Shark Demolition            Zappers Pest Control Cor
                                    393 Broadway, 2nd Fl.       183 Wilson Street, #138
                                    Brooklyn, NY 11211          Brooklyn, NY 11211


Nordic Structures                   Shipman & Goodwin LLP
Windsor Station                     300 Atlantic Street, 3d Floor
1100 Av Des Canadiens-de-Montreal   Attn: Tracey F. Williams, Esq.
Montreal QC H3B 2S2                  Stamford, CT 06901-3522
Canada

NYC Department of Finance           Sight Watch
Property Tax Payments               130 Lee Avenue, Ste. 400
PO Box 32                           Brooklyn, NY 11211
New York, NY 10008


NYC Water Board                     Simon Tyrnauer
Dept. of Environmental Protection
59-17 Junction Blvd., 8th Fl.
Flushing, NY 11373


Oxford Framers Corp.                Spectrum
183 Wilson Street, Ste. 235         Attn: Legal Dept.
Brooklyn, NY 11211                  400 Atlantic Street
                                    Stamford, CT 06901


Parkview Management Inc.            TAKTL
236 Broadway, Suite 200             175 Varick Street
Brooklyn, NY 11211                  New York, NY 10014


Permac Restoration                  The Neville Law Firm LLC
97 Maple Place                      67 Somerset Street
Yonkers, NY 10704                   West Hartford, CT 06110


Quality Facility Solutions          Titan Engineers PC
75 Taafe Place                      1331 Stuyvesant Avenue
Brooklyn, NY 11205                  Union, NJ 07083


Rapid Cleaning                      U-Tek Elevator Inc.
1152 49th Street                    29 Imlay Street
Brooklyn, NY 11219                  Brooklyn, NY 11231

# United States Bankruptcy Court
## Southern District of New York

In re   **Williamsburg Boutique LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Williamsburg Boutique LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

X None [*Check if applicable*]

**August  7, 2023**

Date

/s/ Jonathan S. Pasternak

**Jonathan S. Pasternak 508404 NY**

Signature of Attorney or Litigant

Counsel for   **Williamsburg Boutique LLC**

**Davidoff Hutcher & Citron LLP**
**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
**212 557 7200 Fax:212 286 1884**

## United States Bankruptcy Court
### Southern District of New York

In re    Williamsburg Boutique LLC                      Case No. _____

                              Debtor         Chapter    11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Juda Klein, declare under penalty of perjury that I am the Sole Manager and a Member of Williamsburg Boutique LLC, and that the following is a true and correct copy of the resolutions adopted by said corporation on the 3rd day of August 2023.

**Whereas**, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code, as amended;

**Be It Therefore Resolved**, that Juda Klein, Sole Manager and a Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation; and

**Be It Further Resolved**, that Juda Klein, Sole Manager and a Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

**Be It Further Resolved**, that Juda Klein, Sole Manager and a Member of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of Davidoff Hutcher & Citron LLP to represent the corporation in such bankruptcy case.

Date    August 3, 2023               Signed     /s/ Juda Klein
                                                      Juda Klein

Resolution of Board of Directors
of
**Williamsburg Boutique LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Juda Klein, Sole Manager and Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Juda Klein, Sole Manager and Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Juda Klein, Sole Manager and Member** of this Corporation is authorized and directed to employ **Jonathan S. Pasternak**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case.

Date  **August  3, 2023** _____    Signed ___/s/ Juda Klein_____

Date _____    Signed _____