UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                                               :    Case No. 23-22587-KYP
                                                                                       :
                                                                                       :    (Chapter 11)
WILLIAMSBURG BOUTIQUE LLC,                              :
                                                                                       :
                                                  Debtor.                  :
------------------------------------------------------------x

## ORDER GRANTING MOTIONS TO DISMISS

Upon the motion (the "**UST Motion**") of William K. Harrington, the United States Trustee for Region 2, to dismiss this Chapter 11 case (ECF No. 174); and the motion to dismiss this Chapter 11 case (ECF No. 151) (the "**Bankwell Motion**") (the Bankwell Motion and the UST Motion, together, the "**Motion to Dismiss**") of Bankwell Bank; and the Court having determined notice of the Motion to Dismiss as sufficient; and the Court having held a hearing on December 19, 2024; and the Court having found that (i) cause exists to dismiss this case under section 1112(b) of the Bankruptcy Code, it is hereby

ORDERED, that the Motion to Dismiss is granted and all objections, filed or stated on the record, thereto are overruled, withdrawn or resolved; and it is further

ORDERED, that this chapter 11 case is dismissed; and it is further

ORDERED that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and 31 U.S.C. § 3717 within ten days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period; and it is further

ORDERED that notwithstanding the entry of this Order, nothing herein shall impact or affect, including but not limited to any jurisdictional or other issues relating to the dismissal of the Chapter 11 case granted herein, the pending appeal of *Keap Street Holdings LLC v. Bankwell Bank*,

Case No. 24-08830-KMK, or subsequent appeals thereof, or appellant's or appellee's rights thereto; and it is further

ORDERED that final fee applications for any professional of the Debtor shall be filed on or before January 23, 2025 and nothing herein shall impact the rights of any professional to seek final relief regarding compensation if such application is filed by January 23, 2025; and it is further

ORDERED that this Court shall retain jurisdiction over (1) final fee applications of the Debtor's professionals and (2) the enforcement or implementation of this Order or other Orders previously entered in this case.



**Dated: January 7, 2025**
**Poughkeepsie, New York**

/s/ Kyu Y. Paek
_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**