**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Williamsburg Boutique LLC | CASE NO.: 23–22587–kyp |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 47–2520492 | CHAPTER: 11 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Kyu Young Paek in this Chapter 11 case.

Williamsburg Boutique LLC was dismissed from the case on January 7, 2025 .

Dated: January 7, 2025                                    Vito Genna
                                                          Clerk of the Court