# Notice Recipients

District/Off: 0208–7    User: admin    Date Created: 1/7/2025
Case: 23–22587–kyp    Form ID: 131    Total: 155

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | James B. Glucksman | jbg@dhclegal.com |
| aty | John D. Molino | jdm@dhclegal.com |
| aty | Jonathan S. Pasternak | jsp@dhclegal.com |
| aty | Richard C. Morrissey | richard.morrissey@usdoj.gov |
| aty | Robert Leslie Rattet | rlr@dhclegal.com |
| aty | Shara Claire Cornell | shara.cornell@usdoj.gov |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Williamsburg Boutique LLC | 165 Haines Road | Bedford Hills, NY 10507 |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 |
| smg | N.Y. State Dept. Of Taxation And Finance | Bankruptcy/Special Procedures Section | P.O. Box 5300    Albany, NY 12205–0300 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201–0551 |
| smg | New York City Department of Finance | Office of Legal Affairs | 375 Pearl Street, 30th Floor    New York, NY 10038 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300    Albany, NY 12205–0300 |
| smg | Parking Violations Bureau | 210 Joralemon Avenue | Brooklyn, NY 11201 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | Westchester County Sheriff's Dept. | Room L 217    110 Dr. Martin Luther King Blvd. | White Plains, NY 10601–2519 |
| 8214350 | AGM Deco Inc. | 714–25 Myrtle Ave | Brooklyn, NY 11205 |
| 8214982 | AGM Deco Inc. | 714–25 Myrtle Ave | Brooklyn, NY 11205 |
| 8214355 | BSD Consulting Inc. | 164 Horton Drive | Monsey, NY 10952 |
| 8214987 | BSD Consulting Inc. | 164 Horton Drive | Monsey, NY 10952 |
| 8218054 | Bankwell Bank | 258 Elm Street | New Canaan, CT 06840 |
| 8231385 | Bankwell Bank | 258 Elm Street | New Canaan, CT 06840 |
| 8252472 | Bankwell Bank | Brian J. Wheelin, Esq.    Robinson & Cole LLP | 1055 Washington Blvd.    Stamford, CT 06901 |
| 8508818 | Bankwell Bank | C/O Annecca H. Smith    Robinson & Cole LLP | One State Street    Hartford, CT 06103 |
| 8214351 | Bankwell Financial Group, LLC | 208 Elm Street | New Canaan, CT 06840 |
| 8214983 | Bankwell Financial Group, LLC | 208 Elm Street | New Canaan, CT 06840 |
| 8214352 | Bernard A. Shafran, Esq. | 49 West 37th Street | New York, NY 10018 |
| 8214984 | Bernard A. Shafran, Esq. | 49 West 37th Street | New York, NY 10018 |
| 8231353 | Bernard Shafran | 49 West 37th Street    Fl 9 | New York, NY 10018 |
| 8214353 | Best Mechanical Serices, Inc. | 5308 13th Ave | Brooklyn, NY 11219 |
| 8214985 | Best Mechanical Serices, Inc. | 5308 13th Ave | Brooklyn, NY 11219 |
| 8214354 | Bolted Iron | 28 Hawthorne Drive | Monroe, NY 10950 |
| 8214986 | Bolted Iron | 28 Hawthorne Drive | Monroe, NY 10950 |
| 8283774 | Brian J. Wheelin    Robinson & Cole LLP | 1055 Washington Blvd | Stamford, Connecticut 06901 |
| 8214356 | Buildex Group | 670 Myrtle Avenue, Ste. 388 | Brooklyn, NY 11205 |
| 8214988 | Buildex Group | 670 Myrtle Avenue, Ste. 388 | Brooklyn, NY 11205 |
| 8214357 | Buro Ehring Engineering | 233 Broadway, Ste. 1770 | New York, NY 10279 |
| 8214989 | Buro Ehring Engineering | 233 Broadway, Ste. 1770 | New York, NY 10279 |
| 8230900 | Buro Ehring Engineering P.C. | 45 Main Street, 9th Floor | Brooklyn, NY 11201 |
| 8214360 | CMS Mechanical Inc. | 381 South 5th St.    Suite 102 | Brooklyn, NY 11211 |
| 8214991 | CMS Mechanical Inc. | 381 South 5th St., Ste. 102 | Brooklyn, NY 11211 |
| 8215361 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC | BANKRUPTCY / EAG GROUP    4 IRVING PLACE 9TH FLOOR | NEW YORK, NY 10003 |
| 8214359 | Chutes Enterprises | 1011 Westwood Avenue | Staten Island, NY 10314 |
| 8214990 | Chutes Enterprises | 1011 Westwood Avenue | Staten Island, NY 10314 |
| 8214358 | Chutes and Compactors of NY Inc. | 774 Manor Rd.    Suite 207 | Staten Island, NY 10314 |
| 8214361 | Congregation Bnai Jacob | 7926 Algon Avenue | Philadelphia, PA 19111 |
| 8214992 | Congregation Bnai Jacob | 7926 Algon Avenue | Philadelphia, PA 19111 |
| 8214362 | Contact Electric | 1266 36th Street | Brooklyn, NY 11218 |
| 8214993 | Contact Electric | 1266 36th Street | Brooklyn, NY 11218 |
| 8214363 | Core Scaffolding Systems Inc. | 417 Myrtel Avenue, Ste. 14 | Brooklyn, NY 11205 |
| 8214994 | Core Scaffolding Systems Inc. | 417 Myrtel Avenue, Ste. 14 | Brooklyn, NY 11205 |
| 8214364 | Corporation Counsel | Bankruptcy Litigation Dept.    100 Church Street, Rm. 5–240 | New York, NY 10007 |

| | | | | |
|---|---|---|---|---|
| 8214995 | Corporation Counsel | Bankruptcy Litigation Dept. | 100 Church Street, Rm. 5−240 | New York, NY 10007 |
| 8214365 | Cosan Construction | 734 S. Columbus Avenue | Mount Vernon, NY 10550 | |
| 8214996 | Cosan Construction | 734 S. Columbus Avenue | Mount Vernon, NY 10550 | |
| 8214806 | DAVIDOFF HUTCHER & CITRON LLP | 605 Third Avenue | New York, New York 10158 | Attn: James B. Glucksman, Esq. |
| 8214366 | DXA Studio Architecture PLLC | 894 6th Avenue, 5th Fl. | New York, NY 10001 | |
| 8214997 | DXA Studio Architecture PLLC | 894 6th Avenue, 5th Fl. | New York, NY 10001 | |
| 8214367 | ECB Fighter Corp. | 190 Marcy Avenue, #3A | Brooklyn, NY 11211 | |
| 8214998 | ECB Fighter Corp. | 190 Marcy Avenue, #3A | Brooklyn, NY 11211 | |
| 8214370 | EZ Filing NY | 185 Clymer Street, #216 | Brooklyn, NY 11211 | |
| 8215002 | EZ Filing NY | 185 Clymer Street, #216 | Brooklyn, NY 11211 | |
| 8214999 | Empire Fire Solutions | 1361 40th Street | Brooklyn, NY 11218 | |
| 8214368 | Endeavor Construction | 236 Broadway | Brooklyn, NY 11211 | |
| 8215000 | Endeavor Construction | 236 Broadway | Brooklyn, NY 11211 | |
| 8214369 | Expediting 4 You Inc. | 183 Wilson Street, #199 | Brooklyn, NY 11211 | |
| 8215001 | Expediting 4 You Inc. | 183 Wilson Street, #199 | Brooklyn, NY 11211 | |
| 8227223 | FALCON RAPPAPORT & BERKMAN LLP | 265 Sunrise Highway, Suite 50 | Rockville Centre, New York 11570 | Attention: Michael L. Moskowitz, Esq. Melissa A. Guseynov, Esq |
| 8222844 | Falcon Rappaport & Berkman LLP | 265 Sunrise Highway, Suite 50 | Rockville Centre, New York 11570 | |
| 8214371 | Fleet Design | 50 Taaffe Place | Brooklyn, NY 11205 | |
| 8215003 | Fleet Design | 50 Taaffe Place | Brooklyn, NY 11205 | |
| 8215042 | Gutman Weiss P.C. | Attn: Dov Medinets, Esq. | 2276 Sixty−Fifth St., 2nd Fl. | Brooklyn, NY 11204 |
| 8507183 | HERRICK, FEINSTEIN LLP | Steven B. Smith | Two Park Avenue | New York, NY 10016 |
| 8214373 | HM Wallace | 4715 Frederick Dr. SW | Atlanta, GA 30336 | |
| 8215005 | HM Wallace | 4715 Frederick Dr. SW | Atlanta, GA 30336 | |
| 8214372 | Halloran Sage | One Goodwin Square | 225 Asylum Street | Hartford, CT 06103 |
| 8215004 | Halloran Sage | One Goodwin Square | 225 Asylum Street | Hartford, CT 06103 |
| 8214374 | Howard Blum P.C. | 767 3rd Avenue, 24th Fl. | New York, NY 10017 | |
| 8215006 | Howard Blum P.C. | 767 3rd Avenue, 24th Fl. | New York, NY 10017 | |
| 8214375 | Internal Revenue Service | Centralized Insolvency Operations | P.O. Box 7346 | Philadelphia, PA 19101−7346 |
| 8215007 | Internal Revenue Service | Centralized Insolvency Operations | P.O. Box 7346 | Philadelphia, PA 19101−7346 |
| 8214378 | KNS Building Restoration | 69−81 75th Street | Middle Village, NY 11379 | |
| 8215010 | KNS Building Restoration | 69−81 75th Street | Middle Village, NY 11379 | |
| 8214379 | KOW Building Consultants | 1034 West Jericho Turnpike | Smithtown, NY 11787 | |
| 8215011 | KOW Building Consultants | 1034 West Jericho Turnpike | Smithtown, NY 11787 | |
| 8215008 | Keap Street Holdings LLC | 236 Broadway, Ste. 200 | Brooklyn, NY 11211 | |
| 8214376 | Keap Street Holdings LLC | 236 Broadway. Suite 200 | Brooklyn, NY 11211 | |
| 8508821 | Keap Street Holdings LLC | C/O HERRICK, FEINSTEIN LLP | Hunter Waters | Two Park Avenue   New York, NY 10016 |
| 8508676 | Keap Street Holdings LLC | c/o HERRICK, FEINSTEIN LLP | Attn: Hunter Waters | Two Park Avenue   New York, NY 10016 |
| 8506777 | Keap Street Holdings LLC | c/o HERRICK, FEINSTEIN LLP | Attn: Steven B. Smith | Two Park Avenue   New York, NY 10016 |
| 8215044 | King & King LLP | Attn: Peter Kutil, Esq. | 629 Fifth Ave., Ste. 301 | Pelham, NY 10803 |
| 8231386 | Knight Wall Systems, Inc. | 2401 E. 6th Street | Deer Park, WA 99006 | |
| 8214377 | Knightwall Systems | 2401 East 6th Street | Deer Park, WA 99006 | |
| 8215009 | Knightwall Systems | 2401 East 6th Street | Deer Park, WA 99006 | |
| 8214380 | Ledpax Technology | 11083 Route 9 | Champlain, NY 12919 | |
| 8215012 | Ledpax Technology | 11083 Route 9 | Champlain, NY 12919 | |
| 8214381 | Litchfield Cavo, LLP | 303 West Madison, Ste. 300 | Chicago, IL 60606 | |
| 8215013 | Litchfield Cavo, LLP | 303 West Madison, Ste. 300 | Chicago, IL 60606 | |
| 8215014 | Loconsolo Paints | 2662 Coney Island Ave. | Brooklyn, NY 11223 | |
| 8215015 | MPG Consulting | 46 Clymer Street | Brooklyn, NY 11249 | |
| 8214384 | NYC Department of Finance | Office of Legal Affairs | 66 John Street, Rm. 104 | New York, NY 10038 |
| 8214383 | NYC Department of Finance | Property Tax Payments | P.O. Box 32 | New York, NY 10008 |
| 8215018 | NYC Dept. of Finance | Office of Legal Affairs | 66 John Street, Ste. 104 | New York, NY 10038 |
| 8215017 | NYC Dept. of Finance | Property Tax Payments | P.O. Box 32 | New York, NY 10008 |
| 8227906 | NYC Water Board | Bertie Nei   Senior Counsel – Infrastructure & Operations | 59−17 Junction Blvd, 13th Fl | Elmhurst, NY 11373−5108 |
| 8214385 | NYC Water Board | Dept. of Environmental Protection | 59−17 Junction Blvd., 8th Fl. | Flushing, NY 11373 |
| 8215019 | NYC Water Board | Dept. of Environmental Protection | 59−17 Junction Blvd., 8th Fl. | Flushing, NY 11373 |
| 8214386 | NYS Dept. of Taxation & Finance | Attn: Office of Counsel, Bldg. 9 | W.A. Harriman State Campus | Albany, NY 12227−1002 |
| 8230895 | New York City Dept of Finance | Office of Legal Affairs | Collections Unit−RPT Taxes | 375 Pearl Street, 30th fl   New York, NY 10038 |
| 8215016 | Nordic Structures | Windsor Station | 1100 Av Des Canadiens−de−Montreal | Montreal QC H3B 2S2   Canada |
| 8214382 | Nordic Structures | Windsor Station | 1100 Canadiens−de−Montreal Avenue | Montreal QC H3B 2S2   Canada |
| 8214387 | Oxford Framers Corp. | 183 Wilson Street, Ste. 235 | Brooklyn, NY 11211 | |

| | | | |
|---|---|---|---|
| 8215020 | Oxford Framers Corp. | 183 Wilson Street, Ste. 235 | Brooklyn, NY 11211 |
| 8215021 | Parkview Management Inc. | 236 Broadway, Ste. 200 | Brooklyn, NY 11211 |
| 8214388 | Parkview Management Inc. | 236 Broadway, Suite 200 | Brooklyn, NY 11211 |
| 8218087 | Patrick M. Birney | Robinson & Cole LLP    666 Third Avenue, 20th Floor    New York, NY 10017    pbirney@rc.com | |
| 8214389 | Permac Restoration | 97 Maple Place | Yonkers, NY 10704 |
| 8215022 | Permac Restoration | 97 Maple Place | Yonkers, NY 10704 |
| 8214390 | Quality Facility Solutions | 75 Taafe Place | Brooklyn, NY 11205 |
| 8215023 | Quality Facility Solutions | 75 Taafe Place | Brooklyn, NY 11205 |
| 8215026 | RMAC Supplies | 1700 Palisade Avenue | Teaneck, NJ 07666 |
| 8215027 | RS Lighting Design Group | 252 Albany Avenue, 3R | Brooklyn, NY 11213 |
| 8214391 | Rapid Cleaning | 1152 49th Street | Brooklyn, NY 11219 |
| 8215024 | Rapid Cleaning | 1152 49th Street | Brooklyn, NY 11219 |
| 8214392 | Rent A Unit NY Inc. | 543 Bedford Avenue | Brooklyn, NY 11211 |
| 8215025 | Rent A Unit NY Inc. | 543 Bedford Avenue | Brooklyn, NY 11211 |
| 8215039 | Rothkrug Rothkrug & Spector, LLP    Attn: Simon Rothkrug, Esq.    55 Watermill Lane, Ste. 200    Great Neck, NY 11201 | | |
| 8231460 | SG Union LLC    c/o Rothkrug Rothkrug & Spector LLP    55 Watermill Lane    Great Neck, NY 11021 | | |
| 8215043 | Schwartz Sladkus Reich    Greenberg Atlas LLC    Attn: Ethan Allen Kobre, Esq.    444 Madison Avenue    New York, NY 10222 | | |
| 8214393 | Shark Demolition | 393 Broadway, 2nd Fl. | Brooklyn, NY 11211 |
| 8215028 | Shark Demolition | 393 Broadway, 2nd Fl. | Brooklyn, NY 11211 |
| 8214394 | Shipman & Goodwin LLP    Attn: Tracey F. Williams, Esq.    300 Atlantic Street, 3d Fl.    Stamford, CT 06901–3522 | | |
| 8215029 | Shipman & Goodwin LLP    Attn: Tracey F. Williams, Esq.    300 Atlantic Street, 3rd Fl.    Stamford, CT 06901–3522 | | |
| 8214395 | Sight Watch | 130 Lee Avenue, Ste. 400 | Brooklyn, NY 11211 |
| 8215030 | Sight Watch | 130 Lee Avenue, Ste. 400 | Brooklyn, NY 11211 |
| 8214396 | Spectrum    Attn: Legal Dept.    400 Atlantic Street    Stamford, CT 06901 | | |
| 8215031 | Spectrum    Attn: Legal Dept.    400 Atlantic Street    Stamford, CT 06901 | | |
| 8214397 | TAKTL | 175 Varick Street | New York, NY 10014 |
| 8215032 | TAKTL | 175 Varick Street | New York, NY 10014 |
| 8215037 | Taddeo Shahan & Reisner, LLP    Attn: Jeffrey Reisner, Esq.    120 East Washington St., Ste. 400    Syracuse, NY 13202 | | |
| 8215041 | The Law Firm of    Candace C. Carponter, P.C.    Attn: Candace Carponter, Esq.    31 Smith Street, 2nd Fl.    Brooklyn, NY 11201 | | |
| 8215045 | The Law Office of    Sean H. Rooney    26 Court St., Ste. 1816    Brooklyn, NY 11242 | | |
| 8214398 | The Neville Law Firm LLC | 67 Somerset Street | West Hartford, CT 06110 |
| 8215033 | The Neville Law Firm LLC | 67 Somerset Street | West Hartford, CT 06110 |
| 8214399 | Titan Engineers PC | 1331 Stuyvesant Avenue | Union, NJ 07083 |
| 8215034 | Titan Engineers PC | 1331 Stuyvesant Avenue | Union, NJ 07083 |
| 8214400 | U–Tek Elevator Inc. | 29 Imlay Street | Brooklyn, NY 11231 |
| 8215035 | U–Tek Elevator Inc. | 29 Imlay Street | Brooklyn, NY 11231 |
| 8230965 | U–Tek Elevator Inc.    C/O Kennedys CMK LLP    Martin R. West II    570 Lexington Avenue, 8th Fl    New York, NY 10022 | | |
| 8215040 | William J. Bendix, Esq. | 692 Grand Street | Brooklyn, NY 11211 |
| 8214401 | Y&S Plumbing & Heating Supply NY LLC    244 Rogers Avenue    Brooklyn, NY 11225 | | |
| 8214402 | Zappers Pest Control Corp. | 183 Wilson Street, #138 | Brooklyn, NY 11211 |
| 8215036 | Zappers Pest Control Corp. | 183 Wilson Street, #138 | Brooklyn, NY 11211 |
| 8215038 | Zisholtz & Zisholtz, LLP | 200 Garden City Plaza, Ste. 408 | Garden City, NY 11530 |

TOTAL: 148