DAVIDOFF HUTCHER & CITRON LLP                    *Hearing Date:* February 13, 2025
*Attorneys for the Debtor*                                      *Hearing Time:* 10:00 a.m.
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                                              Chapter 11

WILLIAMSBURG BOUTIQUE LLC,                                Case No. 23-22587 (KYP)

                                    Debtor.
-------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER FINAL APPLICATIONS
## FOR ALLOWANCE OF PROFESSIONAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE**, that upon the applications of the professionals listed below

rendering services with respect to the above captioned Chapter 11 case, a hearing shall be held

before the Honorable Kyu Y. Paek, United States Bankruptcy Judge, at the United States

Bankruptcy Court, 355 Main Street, Poughkeepsie, New York 12601, via zoom conference only,

on the 13th day of February, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard, to

consider the final applications pursuant to, inter alia, §§503(b) and 330 of the Bankruptcy Code

(the "Application") of the following professionals retained herein:

| Applicant & Nature of Representation | Compensation Requested | Unreimbursed Expenses | Period of Request |
|---|---|---|---|
| Davidoff Hutcher & Citron LLP *Attorneys for the Debtor* | $179,648.00 | $7,358.62 | 8/7/2023-12/31/2024 |
| Yankitt LLP *Special Counsel to the Debtor* | $152,961.50 | $1,747.00 | 12/7/2023-1/7/2025 |
| Pastore LLC *Special Counsel to the Debtor* | $87,275.50 | $47.60 | 11/1/2023-1/22/2025 |

**PLEASE TAKE NOTICE,** that the hearing will be held by zoom teleconference. Participants are required to register their appearance by 4:00 PM the day before any scheduled Zoom® hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE**, that the Application is on file with the Office of the Clerk of the Bankruptcy Court at the address stated above and may be examined on the Court's website www.nysb.uscourts.gov (a PACER password and login are required) or may be obtained from the undersigned upon written request.

**PLEASE TAKE FURTHER NOTICE**, that objections to the Application, if any, shall be made in writing, filed with the United States Bankruptcy Court, with a copy delivered directly to the Chambers of Hon. Kyu Y. Paek and served upon the undersigned so as to be received no later than February 6, 2025.

Dated:  White Plains, New York
     January 23, 2025

          DAVIDOFF HUTCHER & CITRON LLP
          *Attorneys for the Debtor*
          120 Bloomingdale Road, Suite 100
          White Plains, New York 10605
          (914) 381-7400

          By: */s/ Jonathan S. Pasternak*

Jonathan S. Pasternak